Case# 17-30110-MJR

# Monroe County Jail Inmate Grievance Form

Name Jelani Kayin El (Executor) C. HARDI BURNS (estate)

Date Written 1-8-18

CO Taking Grievance_____

Date CO Received Grievance_____

Didn't submitt this form to Jail officers for they have no formal or legal grievance process in which can be heard by a higher authority other than the ones at the facility. Inmates in this county are prejudiced against by this process. Due process violations to the fullest. Also we have not had any phone call cards to make any legal or personal calls for the last 4-5 days of this date. We don't have a secure line to talk with attorneys or Power of attorneys without conversation being recorded. (Violation) I've put medical request in since I've been here that have yet to be met since I've been here. I've submitted 2 request within the last month or 2 and havn't been seen. The doctor came to the facility to visit at white male by the name of Paul Owens who put in a request for after me and was seen. The U.S. Marshalls as well as the Monroe County Jail refuse to pay for my Vitamin D + B12 suppliments that are prescribed by my Physician as well as the County Doctor. I have medicare-Medicaid A+B which covers it. They refuse to use it. Mail is not sent out properly. I have legal time limits. And mail is being read by officers which is legal mail. We have to have papers notarized and it takes up to 2 days sometimes for it to get done, then sent out the

following day. Also Every inmate in the facility is suffering cruel & unusual punishment. Due to the fact that the officers are running the A/C during the winter and its freezing in the facility. All inmates will testify to this. Also the doctor noted that I am to get fish for protein on my diet since I don't eat other meats. (strictly vegetables & Meats) but fish for protein. I have received one Tunafish sandwich out of 6 months, while other inmates receive fish. The C/Os stated that they knew of this and they wasn't going to do anything about it. Also they provided a beaugous menu of the diets thats provided to the jail to the attorney of GIARDI BURNS (appointed). Those are only partial things served to inmates. Also when she pointed out Due process and Legal library and Media. They told her that we had law books. A blatant lie on a technicality. They have 2012 statute and Procedure Books for the State. They have no lawbooks for federal even for 2012 or any other year. We were told there was no computer. Only to find when, Sacorey Clark (inmate) arrived that there was. The officers stated, The computer has been there for 6 months. Never made available, But still has no access To legal or Court Materials installed on computer.
(Due process) Violations.
SPC (secured Party Creditor) Private Capacity being deprived of rights

Respectfully Submitted
Jelani Kayin
Jelani Kayin EL uct-308
Gilardi Barns

Jelani Kay'in El (estate)
Gilardi Burns (estate)
Monroe County Jail
225 E. 3rd Street
Waterloo, Illinois 62298

SAINT LOUIS MO 630
09 JAN 2018 PM 10 L

MAIL CLEARED
US [illegible]

Legal Mail

Att: Clerks Office
United States Federal Court Building
750 Missouri Avenue
East St. Louis, Illinois 62201



RECEIVED
JAN 1 1 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE