IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CR-30110-MJR |
| | ) |
| GILARDI C. BURNS, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On April 11, 2018, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Gilardi C. Burns entered a plea of guilty to Count I of the Indictment. Magistrate Judge Williams filed a Report & Recommendation (Doc. 95) that recommended that the undersigned accept the guilty plea and notified the parties that any objections to his Report and Recommendation were due on or before April 30, 2018.

That deadline has come and gone with no objection from either party. Accordingly the Court **ADOPTS** in its entirety the Report & Recommendation, **ACCEPTS** Defendant Burns' guilty plea, and **ADJUDGES** him guilty of the offense set forth therein. The Court notes that a presentence investigation report has been prepared by the United States Probation Office (Doc. 98) and **CONFIRMS** that sentencing

1

remains set for May 24, 2018, at 10:00 a.m. In light of the guilty plea, Defendant's motions for discovery (Docs. 61, 62), motion to dismiss (Doc. 81) and motion to dismiss or withdraw the motion to dismiss (Doc. 86) are **DENIED as MOOT**.

**IT IS SO ORDERED**.

DATED: May 3, 2018

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**
